**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-2129**

_____

YEHEYIS NEGEY GETACHEW,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.  (A29-704-576)

_____

Submitted:  January 18, 2000          Decided:  March 16, 2000

_____

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Allan Ebert, LAW OFFICES OF ALLAN EBERT, Washington, D.C., for Petitioner.  David W. Ogden, Acting Assistant Attorney General, Civil Division, Karen Fletcher Torstenson, Assistant Director, Russell J.E. Verby, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yeheyis Negey Getachew seeks review of an order of the Board of Immigration Appeals (Board) dismissing an appeal from the decision of the immigration judge and denying him political asylum, 8 U.S.C.A. § 1158 (West 1999), and withholding of deportation, 8 U.S.C. § 1253(h) (1994).[1]  Getachew is a native and citizen of Ethiopia.

We conclude that the decision of the Board is supported by "reasonable, substantial, and probative evidence on the record considered as a whole. . . ."  8 U.S.C. § 1105a(a)(4) (1994).[2]  Therefore, we deny Getachew's petition for review.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[1] This section has been repealed by the Illegal Immigration Reform Immigrant Responsibility Act of 1996 (IIRIRA), Pub. L. No. 104-208, 110 Stat. 3009.  However, because Getachew was in deportation proceedings on the effective date of the Act, the amendments do not apply.  IIRIRA § 309(c)(1).

[2] Section 306(b) of the IIRIRA, repealed 8 U.S.C. § 1105a(a)(4), replacing it with 8 U.S.C.A. § 1252(b)(4) (West 1999).  Again, because Getachew was in deportation proceedings before the effective date of the IIRIRA, the transitional rules provide for judicial review under § 1105a(a)(4) as it existed before enactment of the IIRIRA.  IIRIRA § 309(c)(4).